.

```
ANITA MARIA ADAMS              FIT CREDIT                    TODAY CASH
629 HWY 80 APT 36              P.O. BOX 3220                 P.O. BOX 808
VICKSBURG, MS 39180            BUFFALO, NY 14240             KESHENA, WI 54135


THOMAS C. ROLLINS, JR.         GAIL DAVIS                    VERIZON WIRELESS
THE ROLLINS LAW FIRM, PLLC     1010 URBAN CT                 ATTN: BANKRUPTCY
P.O. BOX 13767                 VICKSBURG, MS 39183           P.O.BOX 408
JACKSON, MS 39236                                            NEWARK, NJ 07101


ADVANCE AMERICA                GENESIS FS                    VICKSBURG CREDIT UNION
2314 IOWA BLVD                 ATTN: BANKRUPTCY              1403 CLAY ST
STE 200                        PO BOX 4477                   VICKSBURG, MS 39183
VICKSBURG, MS 39180            BEAVERTON, OR 97076


ARIELL CONNER                  JEFFERSON CAPITAL             WORLD FINANCE CORP
629 HWY 80                     ATTN: BANKRUPTCY              ATTN: BANKRUPTCY
APT 36                         200 14TH AVE E                P.O.BOX 6429
VICKSBURG, MS 39183            SARTEKK, MN 56377             GREENVILLE, SC 29606


CAPITAL ONE                    LEND NATION
ATTN: BANKRUPTCY               4209 CLAY ST #2
PO BOX 30285                   VICKSBURG, MS 39180
SALT LAKE CITY, UT 84130


CONTINENTAL FINANCE CO         LINCOLN HERITAGE
ATTN: BANKRUPTCY               4343 E CAMELBACK RD
PO.BOX 3220                    STE 400
BUFFALO, NY 12420              PHOENIX, AZ 85018


CRANE FINANCE                  LVNV FUNDING LLC
2108 GRANDE AVE                RESURGENT CAPITAL
WAUSAU, WI 54403               PO BOX 1269
                               GREENVILLE, SC 29602


FIRST DIGITAL CARD             QUIN DRIVER
ATTN: BANKRUPTCY               5959 MAPEL AVE
PO BOX 85650                   APT 1356
SIOUX FALLS, SD 57118          DALLAS, TX 75235


FIRST PREMIER BANK             SECURITY FINANCE
3820 N LOUISE AVE              ATTN: BANKRUPTCY
SIOUX FALLS, SD 57107          PO BOX 3146
                               SPARTANBURG, SC 29304
```