United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-03017-JAW
Anita Maria Adams Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 3
Date Rcvd: Feb 10, 2026      Form ID: n031      Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anita Maria Adams, 629 Hwy 80 Apt 36, Vicksburg, MS 39180-8833 |
| 5594589 | + | Ariell Conner, 629 Hwy 80, APt 36, Vicksburg, MS 39180-8833 |
| 5594595 | + | Fit Credit, P.O. Box 3220, Buffalo, NY 14240-3220 |
| 5594596 | + | Gail Davis, 1010 Urban Ct, Vicksburg, MS 39180-3882 |
| 5594600 | + | Lincoln Heritage, 4343 E Camelback Rd, Ste 400, Phoenix, AZ 85018-2705 |
| 5594602 | + | Quin Driver, 5959 Mapel Ave, Apt 1356, Dallas, TX 75235-6708 |
| 5594606 | + | Vicksburg Credit Union, 1403 Clay St, Vicksburg, MS 39183-3013 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5594588 | + | Email/Text: bnc@teampurpose.com | Feb 10 2026 19:26:00 | Advance America, 2314 Iowa Blvd, Ste 200, Vicksburg, MS 39180-5999 |
| 5594591 | | Email/Text: cfcbackoffice@contfinco.com | Feb 10 2026 19:26:00 | Continental Finance Co, Attn: Bankruptcy, Po.Box 3220, Buffalo, NY 12420 |
| 5594590 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 10 2026 19:37:17 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5594593 | ^ | MEBN | Feb 10 2026 19:21:33 | First Digital Card, Attn: Bankruptcy, Po Box 85650, Sioux Falls, SD 57118-5650 |
| 5597049 | + | Email/Text: bankruptcy@curo.com | Feb 10 2026 19:26:00 | First Heritage, 101 N Main St. Ste 600, Greenville, South Carolina 29601-4846 |
| 5594594 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 10 2026 19:37:24 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5609874 | + | Email/Text: peritus@ebn.phinsolutions.com | Feb 10 2026 19:26:00 | Flowering Peach BKY, LLC, Peritus Portfolio Services II, LLC, PO Box 1149, GRAPEVINE, TX 76099-1149 |
| 5594597 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Feb 10 2026 19:26:00 | Genesis FS, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5603057 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 10 2026 19:26:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5594598 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 10 2026 19:26:00 | Jefferson Capital, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 5594604 | | Email/Text: Bankruptcy@Todaycash.com | Feb 10 2026 19:26:00 | Today Cash, P.O. Box 808, Keshena, WI 54135 |
| 5594601 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 10 2026 19:37:17 | LVNV Funding LLC, Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 10, 2026 | Form ID: n031 | Total Noticed: 27 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5616854 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 10 2026 19:37:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5602994 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 10 2026 19:26:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 5594599 | | Email/Text: bankruptcy@qcholdings.com | Feb 10 2026 19:26:00 | Lend Nation, 4209 Clay St #2, Vicksburg, MS 39180 |
| 5594603 | + | Email/Text: Bankruptcy.Noticing@Security-Finance.com | Feb 10 2026 19:26:00 | Security Finance, Attn: Bankruptcy, Po Box 3146, Spartanburg, SC 29304-3146 |
| 5614156 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 10 2026 19:37:17 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5594605 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 10 2026 19:26:00 | Verizon Wireless, Attn: Bankruptcy, P.O.Box 408, Newark, NJ 07101-0408 |
| 5600395 | + | Email/Text: bk@worldacceptance.com | Feb 10 2026 19:26:00 | World Acceptance Corp., World Acceptance Corp. Attn: Bankruptcy, PO Box 6429, Greenville, SC 29606-6429 |
| 5594607 | + | Email/Text: bk@worldacceptance.com | Feb 10 2026 19:26:00 | World Finance Corp, Attn: Bankruptcy, P.O.Box 6429, Greenville, SC 29606-6429 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5594592 | ##+ | Crane Finance, 2108 Grande Ave, Wausau, WI 54403-6912 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 12, 2026                Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Anita Maria Adams trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

District/off: 0538-3 User: mssbad Page 3 of 3
Date Rcvd: Feb 10, 2026 Form ID: n031 Total Noticed: 27
TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−03017−JAW
**Chapter:** 13

**In re:**

Anita Maria Adams
629 Hwy 80 Apt 36
Vicksburg, MS 39180

### Notice of Entry of Order Confirming Plan

The Court entered an Order on February 10, 2026 (Dkt. # 17 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: February 10, 2026                Danny L. Miller, Clerk of Court